**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants COUNTY OF GLENN,
GLENN COUNTY SHERIFF'S OFFICE,
RICHARD WARREN, JR., and ROBERT THOMPSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. L. PETERS, | Case No. 2:19-CV-00074-TLN-DB |
| Plaintiff, | **ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER** |
| vs. | |
| COUNTY OF GLENN, GLENN COUNTY SHERIFF'S OFFICE, RICHARD L. WARREN, JR., IAN AYRES, ROBERT THOMPSON, and DOES 1-50, | |
| Defendants. | |

The parties, through their attorneys of record, have filed a Stipulation and Joint Request to extend discovery to December 12, 2019.

Good cause appears to support the request and therefore,

IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order is modified to provide that the discovery cut-off date is reset to December 12, 2019. All other portions of the Joint Discovery Plan shall remain in effect, but shall be calculated from December 12, 2019.

DATED: September 6, 2019

_____
Troy L. Nunley
United States District Judge

ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER

1